MCGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>JESUS BECERRA-CRUZ,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-MJ-00063<br><br>UNITED STATES' APPLICATION TO UNSEAL PETITION TO REVOKE SUPERVISED RELEASE AND, ARREST WARRANT |

　　　　The United States hereby moves this Court to unseal the Petition to Revoke Supervised Release, Arrest Warrant, and related court filings in this matter. The defendant has been arrested and is scheduled to make his initial appearance in Fresno County, California on July 6, 2020. Therefore, the Petition, Arrest Warrant, and related court filings must be unsealed to advise the defendant in open court of the charges against him.

DATED: July 6, 2020　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH BARTON

1

Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff<br>      v.<br><br>JESUS BECERRA-CRUZ,<br><br>              Defendant. | CASE NO. 1:20-MJ-00063<br><br>**UNSEALING ORDER** |

    Good cause appearing due to the defendant's pending initial appearance in this Court, it is hereby ordered that the Petition to Revoke Supervised Release, Arrest Warrant, and related court filings in the above matter be UNSEALED.

IT IS SO ORDERED.

Dated:  **July 6, 2020**            /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE