IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:20-mj-00063-BAM |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JESUS BECERRA CRUZ | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Jesus Becerra Cruz shall be RELEASED and shall abide by the following conditions:.

The defendant shall obey all laws and shall not commit another federal, state or local crime.

The defendant must refrain from unlawful possession or use of controlled substance.

The defendant shall be monitored with location monitoring technology, which may include the use of radio frequency (RF), Global Positioning System (GPS) devices, Voice Recognition or Smartlink, at the discretion of the probation officer. The defendant shall abide by all technology requirements, which could include the requirement of a cellular phone (SmartLink) or the installation of a landline (VocieID).  He/she shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:  The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities as pre-approved by the probation officer.  (Home Detention)

The defendant shall not visit the subject Shell station.

Within 72 hours of release from custody, the defendant shall report by telephone to the probation office in the district of Arizona.

All previous orders and conditions imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **July 9, 2020**                         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE